Order Form (01/2005)

*MHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 280 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Sheet Metal Workers, et al. Vs. B.S. M. Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Consent Decree, this case is terminated. The court retains jurisdiction to enforce the terms of the consent Decree. Enter Consent Decree.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|