02/06/2008 08:15 15394400255 BSM ENTERPRISES PAGE 02/07
01-29-08 04:18pm From-Baum Sigman 3122360241 T-599 P.002/007 F-756
MHN
RECEIVED
FEB 14 2008
SMW LOCAL 265
FRINGE BENEFIT FUNDS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEET METAL WORKERS LOCAL 265 )
WELFARE FUND, et al., )
 )
 )
        Plaintiffs, )  CIVIL ACTION
 )
vs. )  NO. 08 C 0280
 )
B.S.M. ENTERPRISES, INC., )  JUDGE ELAINE E. BUCKLO
an Illinois corporation, )
 )  08cv280
        Defendant. )

## CONSENT DECREE

THIS MATTER coming on to be heard upon Complaint of Plaintiffs, SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al. ("FUNDS") and Defendant, B.S.M. ENTERPRISES, INC., an Illinois corporation ("B.S.M."), having been served with a Summons and Complaint, the parties have compromised and consent to the entry of this Consent Decree and the Court being fully advised in the premises, enters the following findings and Consent Decree:

1. This Court has jurisdiction over the subject matter herein and the parties hereto.

2. Plaintiffs are employee welfare benefit plans, plans, and fiduciaries within the meaning of ERISA, administered within this district. B.S.M. is bound by the terms of the Collective Bargaining Agreement between B.S.M. and the Sheet Metal Workers International Association, Local 265.

3. Pursuant to the terms of the Collective Bargaining Agreement and Trust Agreements, B.S.M. is obligated to submit monthly reports to the FUNDS that indicate that number of hours worked by its employees who performed work under the scope of the Collective Bargaining

Agreement during the preceding month and the corresponding amount of fringe benefit contributions due, if any, to the FUNDS.

4. Based on monthly contribution reports submitted by B.S.M. for August 2007 through November 2007, and non-bargaining reports for August 2007 through November 2007, the FUNDS determined that B.S.M. owes to the FUNDS $103,156.73 in contributions and liquidated damages which consist of the following:

    a. August 2007 contributions in the amount of $31,025.65;

    b. September 2007 contributions in the amount of $22,100.47;

    c. October 2007 contributions in the amount of $18,747.73;

    d. November 2007 contributions in the amount of $14,807.40;

    e. Non-bargained contributions for August 2007 in the amount of $1,774.40;

    f. Non-bargained contributions for September 2007 in the amount of $1,774.40;

    g. Non-bargained contributions for October 2007 in the amount of $1,774.40;

    h. Non-bargained contributions for November 2007 in the amount of $1,774.40;

    i. Liquidated damages in the amount of $9,377.88.

5. The parties have agreed that B.S.M. will submit a payment of $10,000.00 on or before February 8, 2008. Thereafter a balance of $93,156.73 will remain. The parties have agreed that 5% interest will be applied to this amount and a balance of $97,814.57 will remain. The parties have agreed that B.S.M. will abide by the following payment schedule:

| DATE DUE: | AMOUNT DUE: |
| --- | --- |
| March 1, 2008 | $4,075.61 |
| April 1, 2008 | $4,075.61 |

| DATE DUE: | AMOUNT DUE: |
|---|---|
| May 1, 2008 | $4,075.61 |
| June 1, 2008 | $4,075.61 |
| July 1, 2008 | $4,075.61 |
| August 1, 2008 | $4,075.61 |
| September 1, 2008 | $4,075.61 |
| October 1, 2008 | $4,075.61 |
| November 1, 2008 | $4,075.61 |
| December 1, 2008 | $4,075.61 |
| January 1, 2009 | $4,075.61 |
| February 1, 2009 | $4,075.61 |
| March 1, 2009 | $4,075.61 |
| April 1, 2009 | $4,075.61 |
| May 1, 2009 | $4,075.61 |
| June 1, 2009 | $4,075.61 |
| July 1, 2009 | $4,075.61 |
| August 1, 2009 | $4,075.61 |
| September 1, 2009 | $4,075.61 |
| October 1, 2009 | $4,075.61 |
| November 1, 2009 | $4,075.61 |
| December 1, 2009 | $4,075.61 |
| January 1, 2010 | $4,075.61 |
| February 1, 2010 | $4,075.61 |
| March 1, 2010 | $4,075.61 |

6. All payments arising from the above payment schedule shall be submitted in the form of check, made payable to the "Sheet Metal Workers Local 265 Fringe Benefit Funds."

3

7. It is acknowledged and agreed that B.S.M. will remain current with respect to the submission of monthly contribution reports and fringe benefit contributions that may accrue throughout the above payment schedule.

8. It is further acknowledged and agreed that the December 2007 report and contributions due thereon in the amount of $11,384.56 will be submitted on or before January 31, 2008 as a condition of this Consent Decree.

9. In the event that B.S.M. fails to make payments as agreed in Paragraph 5 on or before the agreed upon due date or fails to timely submit current reports and contributions due to the FUNDS as provided in paragraph 7, B.S.M. shall be considered in violation of this Consent Decree. In such an event, B.S.M. consents to the entry of judgment against itself and in favor of the FUNDS for all unpaid installments under this Consent Decree, all contributions and liquidated damages that may become due throughout the duration of the payment schedule, and all reasonable attorneys' fees that the FUNDS have expended on this matter to date.

10. Nothing contained herein shall require Plaintiffs to apply to Court for reinstatement of the action in the event of default under the terms of this Consent Decree although, if Plaintiffs decide, in their discretion, to permit additional time for B.S.M. to cure such breach, such allowance shall not be construed as any waiver of rights under this Consent Decree.

11. It is further understood and acknowledged between the parties that nothing contained herein limits or modifies the right of the Plaintiffs to audit the payroll books of the Defendant at such future time, as in the course of their regular audit program such an audit may be requested, nor do the terms of this Consent Decree limit or modify Plaintiffs' right to recover from B.S.M. any

4

additional contributions or liquidated damages which may become due or which may be found to have been due, as a result of such an audit for any time period not previously audited.

**IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED:**

A. That Plaintiffs, SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al. recover from Defendant, B.S.M. ENTERPRISES, INC., an Illinois corporation, for the contribution period of August 2007 through November 2007, contributions and liquidated damages in the amount of $103,156.73;

B. That Plaintiffs will recover a total sum of $107,814.57 in contributions, liquidated damages, and 5% interest by way of an initial payment of $10,000.00 due on February 8, 2008 and thereafter, the balance of $97,814.57 by way of the payment schedule agreed to by the parties. All payments made by the Defendant pursuant to the agreed upon payment plan shall be by check;

C. That Defendant is to timely submit its regular reports and contributions to the FUNDS as required under the applicable Agreements and Declarations of Trust governing the FUNDS;

D. That in the event Defendant defaults on the terms of the Consent Decree, Plaintiffs are entitled to execution of the amount the judgment, plus all contributions and liquidated damages due according to subsequently submitted reports, including Plaintiffs' reasonable attorneys' fees incurred during the litigation of this matter and through enforcement of the terms of this Consent Decree, courts costs, and liquidated damages against the Defendant; and

5

E.  This Court retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.

ENTER:

DATE: 3-6-08

_____
UNITED STATES DISTRICT JUDGE

WE HEREBY AGREE TO THE ENTRY OF THIS CONSENT DECREE:

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

_____
Scott P. Wille

B.S.M. ENTERPRISES, INC.

_____
W J McLeod, Pres.

Cecilia M. Scanlon, Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No. 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265\BSM Enterprises\03092\consent decree 1-25-08.cms.klp.wpd

6